EAST BATON ROUGE PARISH    C-697441
Filed Jun 26, 2020 3:31 PM         24
Deputy Clerk of Court

MARCO JOHNSON                                    :        NUMBER **697441** SEC **24**

VERSUS                                           :        19TH JUDICIAL DISTRICT COURT

AGILITY FUEL SYSTEMS, INC., AGILITY              :        PARISH OF EAST BATON ROUGE
FUEL SYSTEMS, LLC, AGILITY FUEL
SOLUTIONS, LLC, THE HEIL CO. D/B/A HEIL          :
ENVIRONMENTAL, ABC INSURANCE COMPANY
AND XYZ INSURANCE COMPANY                        :        STATE OF LOUISIANA
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## PETITION FOR DAMAGES

The petition of MARCO JOHNSON, of legal age, domiciled in and resident of East Baton

Rouge Parish, State of Louisiana, respectfully represents:

1.

The following are made Defendants herein:

A.  **AGILITY FUEL SYSTEMS, INC.,** a California corporation having its principal
    place of business of 1815 E. Carnegie Avenue, Santa Ana, California 92705 and
    having appointed as its agent for service of process the California Secretary of State,
    1500 11th Street, 3rd Floor, Room 390, Sacramento, CA 95814.

B.  **AGILITY FUEL SYSTEMS, LLC,** a Delaware Limited Liability Company having
    appointed as its agent for service of process Corporation Service Company, 251 Little
    Falls Drive, Wilmington, Delaware, 19808.

C.  **AGILITY FUEL SOLUTIONS, LLC,** a Delaware Limited Liability Company
    having its principal place of business at 3335 Susan Street, Suite 100 Costa Mesa,
    California 92626 and having appointed as its agent for service of process Corporation
    Service Company, 251 Little Falls Drive, Wilmington, Delaware, 19808.

D.  **THE HEIL CO. D/B/A HEIL ENVIRONMENTAL,** a Delaware corporation
    licensed to do business in the state of Louisiana having its principal place of business
    at 501 Louisiana Avenue, Baton Rouge, LA 70802 and having appointed as its agent
    for service of process Corporation Service Company, 501 Louisiana Avenue, Baton
    Rouge, Louisiana 70802.

E.  **ABC INSURANCE COMPANY,** a fictitious foreign or alien insurance company,
    authorized to do business in the State of Louisiana, having appointed as agent for
    service of process the Secretary of State of the State of Louisiana;

F.  **XYZ INSURANCE COMPANY,** a fictitious foreign or alien insurance company,
    authorized to do business in the State of Louisiana, having appointed as agent for
    service of process the Secretary of State of the State of Louisiana.

2.

On or about the 12th day of April, 2019, Plaintiff, MARCO JOHNSON, while in the course

1

*Sharon Tito*

Certified True and
Correct Copy
CertID: 2020092300737

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/23/2020 3:01 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

and scope of his employment at a facility in Baton Rouge, Louisiana, was injured when a compressed natural gas cylinder (hereinafter "CNG Cylinder") ruptured due to a catastrophic overpressurization event resulting in an explosion.

3.

The CNG Cylinder was part of a compressed natural gas fuel system (hereinafter "CNG Fuel System") installed aboard a nearby refuse collection vehicle which was designed, engineered, manufactured, assembled, installed, distributed, advertised, supplied and/or sold by Defendant, THE HEIL CO. D/B/A HEIL ENVIRONMENTAL, hereinafter "Heil." The refuse collection vehicle was parked and not being operated in any manner at the time of the explosion.

4.

The CNG Fuel System aboard the Heil refuse collection vehicle was designed, engineered, manufactured, assembled, installed, distributed, advertised, supplied and/or sold by Defendants, AGILITY FUEL SYSTEMS, INC., AGILITY FUEL SYSTEMS, LLC, and/or AGILITY FUEL SOLUTIONS, LLC, hereinafter collectively referred to as "Agility."

5.

The overpressurization and resulting explosion of the CNG Cylinder was caused by the failure of a component part of the Agility CNG System and/or the Heil refuse collection vehicle.

6.

A cause of the of the overpressurization and resulting injuries to Plaintiff was the fault of the Defendant, Heil, within the meaning of the Louisiana Products Liability Act (La. R.S. 9:2800.51, et seq.) in that the subject refuse collection vehicle was defective and unreasonably dangerous for its reasonably anticipated use at the time it left Heil's control, which fault consisted of, but is not limited to the following:

A.     Heil's failure to properly design and test the refuse collection vehicle;

B.     Heil's defective manufacture of the refuse collection vehicle;

C.     Heil's negligent manufacturing, assembly, and/or installation of the refuse collection vehicle and/or the CNG Fuel System;

D.     The manner in which the refuse collection vehicle and CNG Fuel System were

2

*Sharon Zito*



Certified True and
Correct Copy
CertID: 2020092300737

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/23/2020 3:01 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

designed, manufactured, assembled and/or installed by Heil failed to prevent an overpressurization, failure, malfunction, and/or rupture of the CNG Cylinder;

E.    Heil's failure to warn purchasers of dangerous conditions in the product;

F.    Heil's breach of express or implied warranties;

G.    Other acts or failures to act which give rise to Defendant's liability to be shown at the trial of this matter.

7.

A cause of the of the overpressurization and resulting injuries to Plaintiff was the fault of the Defendant, Agility, within the meaning of the Louisiana Products Liability Act (La. R.S. 9:2800.51, et seq.), in that the subject CNG Fuel System was defective and unreasonably dangerous for its reasonably anticipated use at the time it left Agility's control, which fault consisted of, but is not limited to the following:

A.    Agility's failure to properly design and test the product;

B.    Agility's defective manufacture of the CNG Fuel System;

C.    Agility's negligent designing, manufacturing, assembly, and/or installation of the CNG Fuel System for its intended use aboard the refuse collection vehicle;

D.    Agility's failure to design, manufacture, assemble and/or install the CNG Fuel System to prevent an overpressurization, failure, malfunction, and/or rupture of the components of the CNG Fuel System, including the CNG cylinder;

E.    Agility's failure to warn purchasers of dangerous conditions in the product;

F.    Agility's breach of express or implied warranties;

G.    Other acts or failures to act which give rise to Defendant's liability to be shown at the trial of this matter.

8.

The sudden and violent failure of the CNG cylinder, CNG Fuel System, and/or refuse collection vehicle on April 12, 2019 was the result of the above-described fault of Defendants, Agility and Heil.

3

*Sharon Tito*



**Certified True and Correct Copy**
CertID: 2020092300737

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/23/2020 3:01 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

9.

Agility and/or Heil knew or should have known of the hazards presented by the CNG Fuel System and refuse collection vehicle.

10.

At the time of the explosion there existed technologically and economically feasible alternative designs that would have prevented the overpressurization event which caused Plaintiff's injuries.

11.

At the time of the accident there was, in full force and effect, a policy of commercial general liability insurance issued by Defendant, ABC INSURANCE COMPANY, to and in favor of Agility, which policy provided coverage for the product sued on, and which policy inures to the benefit of Plaintiff thereby entitling him to maintain this direct action against the Defendant insurer and thereby also rendering the Defendant insurer liable, in solido, with the other Defendants sued on herein.

12.

At the time of the accident there was, in full force and effect, a policy of commercial general liability insurance issued by Defendant, XYZ INSURANCE COMPANY, to and in favor of Heil, which policy provided coverage for the product sued on, and which policy inures to the benefit of Plaintiff thereby entitling him to maintain this direct action against the Defendant insurer and thereby also rendering the Defendant insurer liable, in solido, with the other Defendants sued on herein.

13.

As a result of the accident sued on, Plaintiff, Marco Johnson, suffered severe injury and residual disability consisting of, but not limited to, a traumatic brain injury which has significantly inhibited Plaintiff's activities of daily living and which injuries have required, and will continue to require, extensive medical treatment.

14.

As a result of the aforementioned liability of the Defendants, Plaintiff is entitled to a trial by jury and to recover damages in accordance with law, including lost wages, past and future, medical

4

Sharon Zito



Certified True and
Correct Copy
CertID: 2020092300737

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/23/2020 3:01 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

expenses, other special damages and all general damages contemplated under Louisiana Law, including impairment of earning capacity.

15.

All legal deadlines, including liberative prescription, were suspended beginning on March 17, 2020 by Proclamation Number 30-JBE-2020, issued by the Governor of the State of Louisiana, the suspensive effects of which were extended by successive proclamations of the Governor, the last being Proclamation 75-JBE-2020 which suspended liberative prescription through July 5, 2020. These suspensions were made part of Louisiana substantive law through House Bill 805 of the 2020 Regular legislative session which enacted La. R.S. 9:5828 through 5830.

WHEREFORE, Plaintiff prays for citation and service of process and, after due proceedings are had, including trial by jury, that there be judgment in favor of Plaintiff, MARCO JOHNSON, and against Defendants, AGILITY FUEL SYSTEMS, INC., AGILITY FUEL SYSTEMS, LLC, AGILITY FUEL SOLUTIONS, LLC, THE HEIL CO. D/B/A HEIL ENVIRONMENTAL, ABC INSURANCE COMPANY AND XYZ INSURANCE COMPANY for damages together with legal interest thereon from date of judicial demand until paid, and, for all costs of these proceedings.

**SERVICE INFORMATION:**                        Respectfully submitted:

Please hold service of process.                    deGravelles & Palmintier
                                                   618 Main Street
                                                   Baton Rouge, Louisiana 70801-1910
                                                   Telephone: (225) 344-3735
                                                   Facsimile: (225) 344-0522

                                                   By: _____
                                                       Jonathan E. Mitchell (#33284)

5





**Certified True and
Correct Copy**
CertID: 2020092300737

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/23/2020 3:01 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).