UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOHNSON

VERSUS

AGILITY FUEL
SYSTEMS, INC., ET AL.

CIVIL ACTION

20-733-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated September 7, 2021, to which an *Objection*[3] and *Joint Response*[4] were filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, BFI's *Motion for Leave to File Complaint of Intervention* (Rec. Doc. 12) and BFI's *Motion to Remand Case to State Court* (Rec. Doc. 15) are hereby DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's claims in this action are hereby DISMISSED WITHOUT PREJUDICE because BFI is an intervenor of right pursuant to Rule 24(a), and a required party whose joinder is not feasible under Rule 19(b).

*Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana the 7 day of October, 2021.

*[signature]*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 21.
[3] Rec. Doc. 22.
[4] Rec. Doc. 23.